THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 David. T.
 Phillips, Appellant.
 
 
 

Appeal From Lexington County
 James R. Barber, Circuit Court Judge
Unpublished Opinion No. 2008-UP-440
Submitted August 1, 2008  Filed August 6,
 2008    
APPEAL DISMISSED

 
 
 
 Appellate Defender LaNelle C. DuRant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 all of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER
 CURIAM:  David T. Phillips appeals his guilty plea to receiving stolen goods in an amount between $1000 and $5000,
 and sentence to three years imprisonment.  He
 maintains his guilty plea failed to conform with the mandates set forth in Boykin
 v. Alabama, 395 U.S. 238 (1969).  Phillips filed a separate pro se brief claiming his plea was not voluntarily made and he received ineffective
 assistance of counsel.  After a thorough
 review of the record and both briefs pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
KONDUROS, J.,
 CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.